In the Matter of the Claim of WINIFRED MACK against NEW YORK DOCK COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Mack* v. *N. Y. Dock Co.,* 181 App. Div. 963, affirmed. (Argued April 26, 1918; decided May 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1918, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. The business of the employer was that of terminal ware-

houseman. It owned piers, warehouses and terminals. The claimant's husband was a night watchman and while closing shutters at the second story of the storage house, he fell to the street, receiving injuries from which he died. Appellants contended that the point was raised upon the hearing that the business of the New York Dock Company was under the admiralty or interstate commerce law, but that the state industrial commission failed to pass upon it.

*Edward Schoeneck, William Warren Dimmick* and *William Dike Reed* for appellants.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.